STATE OF CONNECTICUT *v.* CARLOS MALDONADO

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 368, is denied.

*Eugene J. Riccio,* special public defender, in support of the petition.

*Linda N. Knight,* assistant state's attorney, in opposition.

Decided April 5, 1988

FREDERICK J. ZIVIC *v.* KAY BROOKE

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 821, is denied.

*Larry R. Levine,* in support of the petition.

Decided April 5, 1988

AMR A. WASFI *v.* BOARD OF VETERINARY REGISTRATION AND EXAMINATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 817, is denied.

*Noel R. Newman,* in support of the petition.

*Paul J. Lahey,* assistant attorney general, in opposition.

Decided April 5, 1988

IN RE TROY M.

The respondent's petition for certification for appeal from the Appellate Court, 13 Conn. App. 821, is denied.

*Lynn B. Cochrane,* in support of the petition.

Decided April 5, 1988